IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH G. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 3:12-0932 |
| ) | Judge Trauger |
| GAREN BLANCHARD, Probation Officer, in her ) | Magistrate Judge Griffin |
| official capacity, and NA'GASHA GRAHAM, ) | |
| Tennessee Board of Probation and Parole, ) | |
| Probation Officer, in her individual capacity ) | |
| f/k/a Jane Doe, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On January 3, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 104), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants Blanchard and Graham (Docket No. 92) is **DENIED**.

This case is returned to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 31st day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge