**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JOSEPH G. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:12-0932 |
| | ) | Judge Trauger |
| GAREN BLANCHARD, Probation Officer, in her | ) | Magistrate Judge Griffin |
| official capacity, and NA'GASHA GRAHAM, | ) | |
| Tennessee Board of Probation and Parole, | ) | |
| Probation Officer, in her individual capacity | ) | |
| f/k/a Jane Doe, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 3, 2014, the Magistrate Judge issued a Report and Recommendation (Docket

No. 141), to which no timely objections have been filed. The Report and Recommendation is

therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For

the reasons expressed therein, it is hereby **ORDERED** that the Third Motion to Dismiss For

Lack of Prosecution by defendants Blanchard and Graham (Docket No. 132) is **GRANTED**, and

the claims against these defendants are **DISMISSED WITH PREJUDICE**. All other

defendants having been previously dismissed from this case, the Clerk shall **CLOSE** this file.

This Order shall constitute the final judgment in this case.

It is so **ORDERED**.

ENTER this 23rd day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge